No. 1002. COLE v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Joseph A. Ball, Max F. Deutz* and *Herman F. Selvin* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Richard W. Schmude* for the United States.

No. 1015. No. 3 BULL TOWING Co. ET AL. v. MONSANTO CHEMICAL Co. C. A. 6th Cir. Certiorari denied. *John D. Martin, Jr.* and *George E. Morrow* for petitioners. *Clarence Clifton* and *Charles Kohlmeyer, Jr.* for respondent.

No. 1016. CERMAK CLUB, INC., ET AL. v. ILLINOIS LIQUOR CONTROL COMMISSIONERS. Supreme Court of Illinois. Certiorari denied. *Morris Gordon Meyers* for petitioners. *William G. Clark*, Attorney General of Illinois, and *Raymond S. Sarnow* and *Richard A. Michael*, Assistant Attorneys General, for respondents.

No. 1014. FEDERAL TRADE COMMISSION v. AMERICAN OIL Co. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Solicitor General Cox, James McI. Henderson* and *Miles J. Brown* for petitioner. *Hammond E. Chaffetz* and *Frederick M. Rowe* for respondent.

No. 973, Misc. SMITH v. UNITED STATES; and

No. 974, Misc. BOWDEN v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se* in No. 973, Misc. *Bernard Margolius* for petitioner in No. 974, Misc. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States. Reported below: 117 U. S. App. D. C. 1, 324 F. 2d 879.